Submitted on record and appellant's brief June 11, reversed and remanded June 21, 1976

MALSOM, *Petitioner,*

*v.*

PUBLIC WELFARE DIVISION et al, *Respondents.*

(No. 82-20/02-HEY386-0, CA 5843)

550 P2d 763

William E. Simons, Lane County Legal Aid Service, Inc., Eugene, filed the brief for petitioner.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Janet A. Metcalf, Assistant Attorney General, Salem, appeared for respondent Public Welfare Division.

No appearance for Richard Davis, Director, Department of Human Resources of the State of Oregon.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

PER CURIAM.

The sole issue on this appeal is whether, as petitioner contends, the entire amount of an overpayment admittedly received by him was due to administrative error, or whether, as the respondent has previously contended, the overpayment was due in part to error caused by petitioner.

The respondent now concedes that petitioner's position is correct.

Reversed and remanded for entry of an appropriate order.